# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3091

United States,

Appellee

v.

John S. Ways Jr.,

Appellant

---

Appeal from District of Nebraska - Lincoln
(4:03-cr-03046-RGK-1)

---

**MANDATE**

In accordance with the judgment of 09/13/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 09, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit